FILED

JUN 1 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In forma Pauperis.

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

Manuel Soliz Carranza

                    Defendant

)
)
)
)
)
)
)
)
)

'08 CV 1087 WQH PCL

STATEMENT OF FACTS AND
MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTIONS

I.

**STATEMENT OF FACTS**

I' Declared Under Penalty of Perjery
THAT I' dont have the finds to Cover
the Cost.

Manuel de S